IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>OTIS HENRY | Criminal Action No.<br><br>1:10-CR-521-2-TCB-AJB |

## CONSENT FINAL ORDER AND JUDGMENT OF FORFEITURE

The Court entered the Consent Preliminary Order of Forfeiture as to Defendant Otis Henry on July 24, 2013 [Doc. 769], forfeiting the following property to the United States pursuant to 21 U.S.C. § 853:

a. 2007 Audi Q7, VIN WA1BV74L87D027015;

b. Glock 26 9mm handgun, serial no. CYT535.

The United States published notice of the forfeiture action on the official Government Internet site www.forfeiture.gov for at least 30 consecutive days. The United States also sent notice of the forfeiture action to Nugen Motor Sports, Inc. (Nugen). Nugen filed a petition for the 2007 Audi on August 16, 2013 [Doc. 776]. The United States has agreed to settle Nugen's interest in the vehicle.

This Court having found that the Defendant has an interest in the property subject to forfeiture pursuant to 21 U.S.C. § 853, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Final forfeiture judgment against the following property is hereby entered pursuant to 21 U.S.C. § 853:

    a. $6,500.00 as substitute *res* for the 2007 Audi Q7, VIN WA1BV74L87D027015;

    b. Glock 26 9mm handgun, serial no. CYT535.

2. All right, title and interest in the assets is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS _____ day of _____, 2015.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Submitted by:
G. Jeffrey Viscomi, Assistant United States Attorney
(404) 581- 6036

Consented to:
*/s/ James W. Howard*
James W. Howard
Attorney for Nugen Motor Sports, Inc.
1479 Brockett Road, Suite 200
Tucker, Georgia 30084
(770)270-5080